LODGED
RECEIVED ___ COPY

OCT 2 4 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Victor Uriel Leyva-Urias,<br><br>    Defendant. | NO. CR-17-01411-PHX-GMS (DKD)<br><br>**INDICTMENT**<br><br>VIO:  8 U.S.C. § 1326(a) and (b)(1)<br>         (Reentry of Removed Alien)<br>         Count 1 |

THE GRAND JURY CHARGES:

On or about July 21, 2016, at or near Phoenix, in the District of Arizona, VICTOR URIEL LEYVA-URIAS, an alien, was found in the United States of America after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about August 25, 2015, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission.

In violation of Title 8, United States Code, Section 1326(a) and enhanced by (b)(1).

A TRUE BILL

/S/
FOREPERSON OF THE GRAND JURY
Date: October 24, 2017

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

/S/
KATHY J. LEMKE
Assistant U.S. Attorney